**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) <br> ) <br> Plaintiff,      ) <br> ) <br> vs.      ) <br> ) <br> JORGE ALDACO,      ) <br> ) <br> Defendant.      ) | 8:93CR119 <br><br> ORDER |

    This matter is before the court on defendant's ORAL MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS [131]. Michael Norris and Clarence Mock, counsel for the parties, appeared telephonically. For good cause shown, and with no objection from the government, the court finds that an extension of time to **August 18, 2006**, should be given in this case.

    **IT IS ORDERED:**

    1.    Defendant's oral motion for extension of time [131] is granted. Defendant is given until **August 18, 2006,** to file pretrial motions.

    2.    The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **June 14, 2006 and August 18, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that defense counsel requires additional time to adequately prepare the case and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

    3.    Defendant shall file a Waiver of Speedy Trial as soon as is practicable.

    **DATED: June 14, 2006.**

                             **BY THE COURT:**

                             **s/ F.A. Gossett
United States Magistrate Judge**