IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 8:93CR119 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JORGE ALDACO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court upon receipt of a letter from the defendant in this case. Defendant contends he is attempting to file a motion pursuant to 28 U.S.C. § 2255, and he alleges that his attorney in this case has not yet forwarded his case files and records. Defendant asks for an extension of time to file his § 2255 motion.

In order to preserve defendant's time for filing a § 2255 motion, the court will order the Clerk of Court to file his letter dated January 30th, 2009 [2008], The court will further order the Clerk of Court to send all appropriate § 2255 paperwork to the defendant. The defendant shall comply with filing his application pursuant to § 2255 in a timely manner. Further, the court will order the attorney of record to supply the defendant with those documents needed to file his § 2255 motion.

THEREFORE, IT IS ORDERED:

1. The Clerk of Court shall file defendant's letter dated January 30, 2009 [2008] as a motion pursuant to 28 U.S.C. § 2255.

2. The Clerk of Court shall also provide defendant with all necessary paperwork to effectuate filing a § 2255 motion.

3. The defendant shall file the appropriate § 2255 paperwork provided to him by the

Clerk of Court within sixty days of the date of this order and such filings shall relate back to his January 30th, 2009 [2008] letter.

    4.   Counsel of record shall supply the defendant with requested documents necessary to effectuate the filing of the § 2255 action.

    5.  The Clerk of Court shall electronically serve a copy of this order on defendant's counsel of record and shall mail a copy to the defendant at the address listed on the January 30th, 2009 [2008] letter filed herein.

    DATED this 5th day of February, 2008.

                                  BY THE COURT:

                                  s/ Joseph F. Bataillon
                                  United States District Judge