IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:93CR119 |
| | ) | |
| v. | ) | |
| | ) | |
| JORGE ALDACO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

      This matter is before the court on its own motion. It appears from the record that the government's answer (Filing No. 163) to defendant's amended § 2255 motion (Filing No. 158) requires a response.  Accordingly,

      IT IS ORDERED:

      1. The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter. In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file a written appearance in this matter. In the event the Federal Public Defender should decline this appointment for reason of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

      2. Defendant's appointed counsel is ordered to file a brief in this matter, in response to the government's answer (Filing No. 163) within 30 days of the date of this order.

      DATED this 14th day of January, 2009.

      BY THE COURT:

      s/ Joseph F. Bataillon
      Chief United States District Judge