IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:93CR119 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JORGE ALDACO, | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On May 13, 2009, this court entered an order directing dismissal of this case if the defendant failed to notify the court that he wishes to pursue this action. Filing No. 177. That deadline has now expired and the court has received no notification that defendant wants to continue this action. Accordingly, the court will dismiss this 28 U.S.C. § 2255 action.

IT IS ORDERED that this case is dismissed.

DATED this 23rd day of June, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge